**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 8, 2025

MEMORANDUM TO COUNSEL

    Re:   *USA v. Vielman Josue Cabrera Arevalo*
            <u>Criminal No.:  ELH-24-0321</u>

Dear Counsel:

    I understand that an arraignment took place in this case on December 20, 2024. Accordingly, I have set the following schedule:

    Defense motions are due by January 29, 2025

    A telephone conference, to be initiated by the Government, shall be held on February 3, 2025, at 4:30 p.m.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                  Sincerely,

                                                  /s/
                                                  Ellen Lipton Hollander
                                                  United States District Judge